## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NARESH KUMAR,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | **NO. 25-6238** |
| **v.** | : | |
| | : | |
| **BRIAN McSHANE,** *et al.*, | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this 23rd day of December 2025, upon consideration of Petitioner Naresh Kumar's ("Mr. Kumar") *petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241* ("Petition"), (ECF 1), Respondents' response in opposition, (ECF 6), and Mr. Kumar's reply, (ECF 7), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Mr. Kumar's Petition is **GRANTED**, as follows:

1. Mr. Kumar is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. No later than five days from this Order, Respondent McShane (or the current Director the ICE Philadelphia Field Office) shall provide Mr. Kumar with a bond hearing in accordance with 8 U.S.C. § 1226(a);

3. Should the immigration judge deny bond, Respondent McShane (or the current Director the ICE Philadelphia Field Office) shall provide Mr. Kumar the opportunity to appeal that decision to the BIA.

4. Pending the ordered bond hearing, the Government *cannot* remove, transfer, or otherwise facilitate the removal of Mr. Kumar from the Eastern District of Pennsylvania (the "District") before the ordered bond hearing. If the immigration judge determines that Mr. Kumar is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Mr. Kumar if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. This Court will then determine whether to grant the request and permit transfer of Mr. Kumar.

The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**
*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*