# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NARESH KUMAR,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | **NO. 25-6238** |
| v. | : | |
| | : | |
| **BRIAN McSHANE,** *et al.*, | : | |
| *Respondents*. | : | |

# ORDER

**AND NOW**, this 16th day of January 2026, upon consideration of the parties' *joint update to the Court*, (ECF 15), and the request therein, it is hereby **ORDERED** that the request is **GRANTED** as follows:

1. The Government may transfer Petitioner Naresh Kumar ("Mr. Kumar") outside of the Eastern District of Pennsylvania to the Moshannon Valley Processing Center, where, the parties represent, the Government will facilitate a subsequent bond hearing on **January 20, 2026, at 8:30 a.m.**;

2. Should Mr. Kumar be denied bond, he is to be returned to the Federal Detention Center in the Eastern District of Pennsylvania within five days of the denial of bond and be permitted an opportunity to appeal that decision to the BIA; and

3. The parties are to submit a joint status report by January 23, 2026.

Failure to provide the bond hearing by the above date will result in Mr. Kumar's immediate release.

                                                **BY THE COURT:**

                                                */s/ Nitza I. Quiñones Alejandro*
                                                **NITZA I. QUIÑONES ALEJANDRO**
                                                *Judge, United States District Court*