# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NARESH KUMAR,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | **NO. 25-6238** |
| **v.** | : | |
| | : | |
| **BRIAN McSHANE,** *et al.*, | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this 23rd day of January 2026, upon consideration of the parties' *joint update to the court*, (ECF 17), in which Petitioner Naresh Kumar ("Mr. Kumar") requests his immediate release from detainment or his return to the Federal Detention Center ("FDC") in Philadelphia, Pennsylvania, it is hereby **ORDERED** that Petitioner's request is **GRANTED**, *in part,* and **DENIED**, *in part*. Accordingly, Petitioner is to be returned to the FDC in compliance with this Court's January 16, 2026 Order. Petitioner's request for immediate release is **DENIED**.

It is further **ORDERED** that Respondents shall file a brief by January 27, 2026, addressing why Petitioner's February 2, 2026 removal proceedings cannot take place within Philadelphia, Pennsylvania. Petitioner may file a response to Respondent's brief by January 30, 2026.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*