# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NARESH KUMAR,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | **NO. 25-6238** |
| **v.** | : | |
| | : | |
| **BRIAN McSHANE,** *et al.*, | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this 9th day of March 2026, upon consideration of the parties' *joint request to allow Petitioner's transfer*, (ECF 24), it is hereby **ORDERED** that the request is **GRANTED**. Accordingly, the Government may transfer Mr. Kumar to the Moshannon Valley Processing Center, where Mr. Kumar's removal proceedings will commence.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*